UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

William White, R. Carleen Cordell,
Ken Bailey, Nadine Monaco, Karen Lodge,
Henry Kriegstein, Joan Kriegstein and
Hilary Schultz
       Plaintiffs

Vs                Civil Action No.  07-CV-11601-MLW

R.M. Packer Company, Inc., Drake
Petroleum Co., Inc., Kenyon Oil Company,
Mid-Valley Oil Company, Depot Corner,
Inc., and Francis J. Paciello d/b/a
Edgartown Mobil
       Defendants

## ANSWER OF THE DEFENDANT, R.M. PACKER COMPANY, INC., ONLY, TO COMPLAINT OF THE PLAINTIFFS

  Answering to the complaint of the plaintiffs, the defendant, R.M. Packer Company, Inc. (hereinafter the defendant, "Packer")only, admits, denies and alleges as follows:

I.  INTRODUCTION

1.  The defendant, Packer, denies the allegations contained in paragraph 1 of the plaintiffs' complaint.

II.  PARTIES

2.  The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 2 and calls upon the plaintiffs for proof of the same.

3.  The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 3 and calls upon the plaintiffs for proof of the same.

4. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 4 and calls upon the plaintiffs for proof of the same.

5. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 5 and calls upon the plaintiffs for proof of the same.

6. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 6 and calls upon the plaintiffs for proof of the same.

7. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 7 and calls upon the plaintiffs for proof of the same.

8. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 8 and calls upon the plaintiffs for proof of the same.

9. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 9 and calls upon the plaintiffs for proof of the same.

10. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 10 and calls upon the plaintiffs for proof of the same.

11. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 11 and calls upon the plaintiffs for proof of the same.

12. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 12 and calls upon the plaintiffs for proof of the same.

13. The defendant, Packer, admits the allegations contained in paragraph 13 of the plaintiffs complaint, but state the address is 188 Beach Road, Tisbury, Massachusetts.

14. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 14 and calls upon the plaintiffs for proof of the same.

15. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 15 and calls upon the plaintiffs for proof of the same.

16. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 16 and calls upon the plaintiffs for proof of the same.

17. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 17 and calls upon the plaintiffs for proof of the same.

18. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 18 and calls upon the plaintiffs for proof of the same.

III.  CO-CONSPIRATORS

19. The defendant, Parker, denies the allegations contained in paragraph 19 of the plaintiffs' complaint.

IV.  JURISDICTION AND VENUE

20. Paragraph 20 of the plaintiffs' complaint contains a conclusion of law to which no response is necessary.  To the extent the Court requires a response; the defendant, Packer, denies the allegations set forth in Paragraph 20.

21. Paragraph 21 of the plaintiffs' complaint contains a conclusion of law to which no response is necessary.  To the extent the Court requires a response; the defendant, Packer, denies the allegations set forth in Paragraph 21.

V.  CLASS ACTION ALLEGATIONS

22. Paragraph 22 of the plaintiffs' complaint contains a conclusion of law to which no response is necessary.  To the extent the Court requires a response; the defendant, Packer, denies the allegations set forth in Paragraph 22.

23. The defendant, Packer, denies the allegations contained in paragraph 23 of the plaintiffs' complaint.

24. The defendant, Packer, denies the allegations contained in paragraph 24 of the plaintiffs' complaint.

25. The defendant, Packer, denies the allegations contained in paragraph 25 of the plaintiffs' complaint.

26. The defendant, Packer, denies the allegations contained in paragraph 26 of the plaintiffs' complaint.

27. The defendant, Packer, denies the allegations contained in paragraph 27 of the plaintiffs' complaint.

28. The defendant, Packer, denies the allegations contained in paragraph 28 of the plaintiffs' complaint.

29. The defendant, Packer, denies the allegations contained in paragraph 29 of the plaintiffs' complaint.

30. The defendant, Packer, denies the allegations contained in paragraph 30 of the plaintiffs' complaint.

VI. FACTS

    A. <u>The Conspiracy to Sell Gasoline Above Market Prices</u>

31. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 31 and calls upon the plaintiffs for proof of the same.

32. The defendant, Packer, admits sold gas on wholesale basis to three Shell stations, but not as so identified in the plaintiffs' complaint and, therefore, denies the allegations contained in paragraph 32.

33. The defendant, Packer, admits that it owns Tisbury Shell in Tisbury, Massachusetts but denies as to the remaining allegations of paragraph 33.

34. The defendant, Packer, admits the allegations contained in paragraph 34 of the plaintiffs' complaint.

35. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 35 and calls upon the plaintiffs for proof of the same.

36. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 36 and calls upon the plaintiffs for proof of the same.

37. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 37 and calls upon the plaintiffs for proof of the same.

38. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 38 and calls upon the plaintiffs for proof of the same.

39. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 39 and calls upon the plaintiffs for proof of the same.

40. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 40 and calls upon the plaintiffs for proof of the same.

41. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 41 and calls upon the plaintiffs for proof of the same.

42. The defendant, Packer, denies the allegations contained in paragraph 42 of the plaintiffs' complaint.

43. The defendant, Packer, denies the allegations contained in paragraph43 of the plaintiffs' complaint.

44. The defendant, Packer, denies the allegations contained in paragraph 44 of the plaintiffs' complaint.

45. The defendant, Packer, denies the allegations contained in paragraph 45 of the plaintiffs' complaint.

46. The defendant, Packer, denies the allegations contained in paragraph 46 of the plaintiffs' complaint.

47. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 47 and calls upon the plaintiffs for proof of the same.

48. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 48 and calls upon the plaintiffs for proof of the same.

49. The defendant, Packer, denies the allegations contained in paragraph 49 of the plaintiffs' complaint.

50. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 50 and calls upon the plaintiffs for proof of the same.

51. The defendant, Packer, denies the allegations contained in paragraph 51 of the plaintiffs' complaint, as Packer does not own a Shell station in Oak Bluffs, Massachusetts.

52. The defendant, Packer, denies the allegations contained in paragraph 52 of the plaintiffs' complaint.

53. The defendant, Packer, denies the allegations contained in paragraph 53 of the plaintiffs' complaint.

54. The defendant, Packer, denies the allegations contained in paragraph 54 of the plaintiffs' complaint.

55. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 55 and calls upon the plaintiffs for proof of the same.

56. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 56 and calls upon the plaintiffs for proof of the same.

57. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 57 and calls upon the plaintiffs for proof of the same.

58. The defendant, Packer, admits the allegations contained in Paragraph 58 of the plaintiffs' complaint but states that the list of "additional costs" is not complete.

59. The defendant, Packer, denies the allegations contained in paragraph 59 of the plaintiffs' complaint.

60. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 60 and calls upon the plaintiffs for proof of the same.

61. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 61 and calls upon the plaintiffs for proof of the same.

62. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 62 and calls upon the plaintiffs for proof of the same.

63. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 63 and calls upon the plaintiffs for proof of the same.

64. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 64 and calls upon the plaintiffs for proof of the same.

65. The defendant, Packer, denies the allegations contained in paragraph 65 of the plaintiffs' complaint.

66. The defendant, Packer, denies the allegations contained in paragraph 66 of the plaintiffs' complaint.

67. The defendant, Packer, denies the allegations contained in paragraph 67 of the plaintiffs' complaint.

68. The defendant, Packer, denies the allegations contained in paragraph 68 of the plaintiffs' complaint.

69. The defendant, Packer, denies the allegations contained in paragraph 69 of the plaintiffs' complaint.

   B.   Price Gouging

70. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 70 and calls upon the plaintiffs for proof of the same.

71. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 71 and calls upon the plaintiffs for proof of the same.

72. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 72 and calls upon the plaintiffs for proof of the same.

73. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 73 and calls upon the plaintiffs for proof of the same.

74. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 74 and calls upon the plaintiffs for proof of the same.

75. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 75 and calls upon the plaintiffs for proof of the same.

76. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 76 and calls upon the plaintiffs for proof of the same.  The defendant denies that retailer profits are measured by gross margin per gallon, which equals the average price per gallon sold minus the average cost per gallon purchased from wholesalers.

77. The defendant, Packer, denies the allegations contained in paragraph 77 of the plaintiffs' complaint.

78. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 78 and calls upon the plaintiffs for proof of the same.

79. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 79 and calls upon the plaintiffs for proof of the same.

80. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 80 and calls upon the plaintiffs for proof of the same.

81. The defendant, Packer, denies the allegations contained in paragraph 81 of the plaintiffs' complaint.

82. The defendant, Packer, denies the allegations contained in paragraph 82 of the plaintiffs' complaint.

83. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 83 and calls upon the plaintiffs for proof of the same.

84. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 84 and calls upon the plaintiffs for proof of the same.

85. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 85 and calls upon the plaintiffs for proof of the same.

86. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 86 and calls upon the plaintiffs for proof of the same.

87. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 87 and calls upon the plaintiffs for proof of the same.

88. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 88 and calls upon the plaintiffs for proof of the same.

89. The defendant, Packer, denies the allegations contained in paragraph 89 of the plaintiffs' complaint.

90. The defendant, Packer, denies the allegations contained in paragraph 90 of the plaintiffs' complaint.

## COUNT I
### Antitrust, Violation of M.G.L. Chapter 93 Section 4-Distributor Prices
### (Defendant Packer and Drake)

91.  The defendant, Packer, repeats and realleges his responses to the allegations contained in paragraphs 1 through 90 as if specifically rewritten and set forth herein.

92.  The defendant, Packer, admits the allegations contained in paragraph 92 of the plaintiffs' complaint.

93.  The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 93 and calls upon the plaintiffs for proof of the same.

94.  The defendant, Packer, denies the allegations contained in paragraph 94 of the plaintiffs' complaint.

95.  The defendant, Packer, denies the allegations contained in paragraph 95 of the plaintiffs' complaint.

96.  The defendant, Packer, denies the allegations contained in paragraph 96 of the plaintiffs' complaint.

97.  The defendant, Packer, denies the allegations contained in paragraph 97 of the plaintiffs' complaint.

98.  The defendant, Packer, denies the allegations contained in paragraph 98 of the plaintiffs' complaint.

99.  The defendant, Packer, denies the allegations contained in paragraph 99 of the plaintiffs' complaint.

   WHEREFORE, the defendant, Packer, asserts that the plaintiffs are not entitled to any recovery in this matter.

## COUNT II
### Violation of Chapter 93 Section 4-Retail Prices
### (All Defendants)

100.  The defendant, Packer, repeats and reasserts his responses to the allegations contained in paragraphs 1 through 90 as if specifically rewritten and set forth herein.

101.  The defendant, Packer, admits the allegations contained in paragraph 101 of the plaintiffs' complaint.

102. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 102 and calls upon the plaintiffs for proof of the same.

103. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 103 and calls upon the plaintiffs for proof of the same.

104. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 104 and calls upon the plaintiffs for proof of the same.

105. The defendant, Packer, denies the allegations contained in paragraph 105 of the plaintiffs' complaint.

106. The defendant, Packer, denies the allegations contained in paragraph 106 of the plaintiffs' complaint.

107. The defendant, Packer, denies the allegations contained in paragraph 107 of the plaintiffs' complaint.

108. The defendant, Packer, denies the allegations contained in paragraph 108 of the plaintiffs' complaint.

109. The defendant, Packer, denies the allegations contained in paragraph 109 of the plaintiffs' complaint.

WHEREFORE, the defendant, Packer, asserts that the plaintiffs are not entitled to any recovery in this matter.

## COUNT III
Violation of Chapter 93A – Fixing, Raising, Maintaining and/or Stabilizing the Price of Gasoline
(All Defendants)

110. The defendant, Packer, repeats and realleges his responses to the allegations of paragraphs 1 through 90 as if specifically rewritten and set forth herein.

111. The defendant, Packer, admits the allegations contained in paragraph 111 of the plaintiffs' complaint.

112. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 112 and calls upon the plaintiffs for proof of the same.

113. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 113 and calls upon the plaintiffs for proof of the same.

114. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 114 and calls upon the plaintiffs for proof of the same.

115. The defendant, Packer, denies the allegations contained in paragraph 115 of the plaintiffs' complaint.

116. The defendant, Packer, denies the allegations contained in paragraph 116 of the plaintiffs' complaint.

117. The defendant, Packer, denies the allegations contained in paragraph 117 of the plaintiffs' complaint.

118. The defendant, Packer, denies the allegations contained in paragraph 118 of the plaintiffs' complaint.

119. The defendant, Packer, denies the allegations contained in paragraph 119 of the plaintiffs' complaint.

WHEREFORE, the defendant, Packer, asserts that the plaintiffs are not entitled to any recovery in this matter.

## COUNT IV
### Chapter 93A-Price Gouging
### (All Defendants)

120. The defendant, Packer, repeats and realleges his responses to the allegations of paragraphs 1 through 90 as if specifically rewritten and set forth herein.

121. The defendant, Packer, admits the allegations contained in paragraph 121 of the plaintiffs' complaint.

122. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 122 and calls upon the plaintiffs for proof of the same.

123. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 123 and calls upon the plaintiffs for proof of the same.

124. The defendant, Packer, is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 124 and calls upon the plaintiffs for proof of the same.

125. The defendant, Packer, denies the allegations contained in paragraph 125 of the plaintiffs' complaint.

126. The defendant, Packer, denies the allegations contained in paragraph 126 of the plaintiffs' complaint.

127. The defendant, Packer, denies the allegations contained in paragraph 127 of the plaintiffs' complaint.

128. The defendant, Packer, denies the allegations contained in paragraph 128 of the plaintiffs' complaint.

WHEREFORE, the defendant, Packer, asserts that the plaintiffs are not entitled to any recovery in this matter.

And further by way of defense, the defendant, Packer, says the following with respect to the claims of the plaintiffs:

First Defense

The defendant, Packer, says that the acts complained of were not committed by a person for whose conduct the defendant was legally responsible.

Second Defense

The defendant, Packer, says that the complaint should be dismissed pursuant to rule 12(b)(6) for failure to state a claim upon which relief can be granted.

Third Defense

The defendant, Packer, asserts that if the plaintiffs were injured or damaged as alleged, the plaintiffs assumed the risk of such injury or damage.

Fourth Defense

The defendant, Packer, says that to the extent that he had any obligations to the plaintiffs, such obligations have been fully, completely and properly performed in every respect.

Fifth Defense

The defendant, Packer, moves that the claims be dismissed by virtue of plaintiffs' failure to take any actions to mitigate their alleged damages.

Sixth Defense

The defendant, Packer, says that the claims against him should be dismissed pursuant to M.G.L. c. 231, section 6F, insofar as the claims are frivolous in nature.

Seventh Defense

The defendant, Packer, owed no obligation or duty to the plaintiffs and no claim lies against the defendant.

Eighth Defense

The defendant, Packer, states that it has been prejudiced by the plaintiffs delay in asserting their claims and therefore the claims should be subject to estoppel by laches.

Ninth Defense

The defendant, Packer, states that certain of the claims are time barred by the applicable statues of limitation.

Tenth Defense

The defendant, Packer, states the plaintiffs have failed to comply with the requirements and perquisites for a claim under G.L. c. 93A, section 9 wherefore the plaintiffs are barred from recovery.

JURY CLAIM

The defendant, Packer, demands a trial by jury.


Attorney for the Defendant, R.M. Packer Co., Inc.

/s/ Brian J. Mone
Brian J. Mone, Esquire  BBO# 351630
Law Offices of Brian J. Mone
529 Pearl Street
Brockton, MA 02301
(508) 587-1400
brian@commonwealthmediation.com


**CERTIFICATE OF SERVICE**

I, Brian J. Mone, counsel for the Defendant, R.M. Packer Company, Inc., do hereby certify, that I have this date, October 16, 2007, served the ANSWER OF R.M. PACKER COMPANY, INC., by causing a copy thereof, to be sent electronically to the registered participants in this case as identified on the Notice of Electronic Filing (NEF) and paper copies mailed, first class mail, postage prepaid to any non-registered participants in this case.

/s/ Brian J. Mone
Brian J. Mone   BBO# 351630