UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 07-11601-RWZ

WILLIAM WHITE, *et al.*

v.

R.M. PACKER COMPANY, INC., *et al.*

ORDER
February 5, 2009

ZOBEL, D.J.

This matter having come before the court at a scheduling conference held pursuant to Rule 16, Fed. R. Civ. P., 28 U.S.C., and Michael B. Roitman, Esq., and Stephen Schultz, Esq., having appeared as counsel for plaintiffs, and Richard W. Paterniti, Esq., Brian A. O'Connell, Esq., William J. Fidurko, Esq., and Kevin C. Cain, Esq., having appeared as counsel for defendants, the following action was taken:

1. **Pleadings**

   Any motion to amend the pleadings shall be filed by February 6, 2009. Opposing counsel shall indicate by February 10, 2009, whether they will oppose the motion and, if so, file their formal opposition by February 20, 2009.

   Defendants Depot Corner, Inc., and Francis P. Paciello have already stated that they will not oppose plaintiffs' proposed amendments to the complaint.

   The court will decide the motion(s) on the papers.

2. **Discovery**

   Fact discovery is complete.

Concerning expert discovery, plaintiffs shall provide to defendants their price fixing and price gouging expert reports by March 20, 2009. Defendants shall provide their responsive expert reports by April 30, 2009.

## 3. Dispositive Motions

Counsel agreed that all dispositive motions shall proceed in accordance with the following schedule:

(a) motions to be filed by May 15, 2009;

(b) oppositions due on June 12, 2009;

(c) replies due on June 19, 2009; and

(d) hearing on all motions on June 24, 2009.

The briefs shall not exceed 20 pages in length, and any reply briefs shall not exceed five pages.

## 4. Class Certification

After decisions on the dispositive motions, if necessary, the court will schedule a further conference to fashion a time table for expert reports on damages and class certification submissions.

|  February 5, 2009  |  /s/Rya W. Zobel  |
| :---: | :---: |
|  DATE  |  RYA W. ZOBEL  |
|  |  UNITED STATES DISTRICT JUDGE  |