UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

WILLIAM WHITE, R. CARLEEN CORDWELL,　)
KEN BAILEY, NADINE MONACO, HENRY　　)
KRIEGSTEIN, JOAN KRIEGSTEIN,　　　　)
HILARY SCHULTZ, ANN BUTTRICK FLOYD,　)
and SANDCASTLE REALTY, INC.,　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　Plaintiffs　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)　　CIVIL ACTION
v.　　　　　　　　　　　　　　　　　　)　　No. 07-CV-11601-RWZ
　　　　　　　　　　　　　　　　　　　)
R.M. PACKER COMPANY, INC., DRAKE　　)
PETROLEUM CO., INC., KENYON OIL　　　)
COMPANY, DEPOT CORNER, INC., and　　)
FRANCIS J. PACIELLO d/b/a　　　　　　)
EDGARTOWN MOBIL,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　Defendants　　　　　　　　　　　)

**THE DEFENDANTS' JOINT MOTION FOR
SUMMARY  JUDMGENT ON COUNT I (PRICE-FIXING)**

Pursuant to Fed. R. Civ. P., Rule 56, the defendants hereby jointly move for Summary

Judgment on Count I (price-fixing) of the Plaintiffs' Second Amended Complaint.  Count I of the

Plaintiff's Second Amended Complaint  alleges that the defendants conspired to fix the retail

price of gasoline sold at their stations on Martha's Vineyard in violation of the Sherman Act (15

U.S.C. §1.

The defendants' Motion should be allowed because plaintiffs have failed to produce

sufficient evidence to raise a genuine issue of fact for a jury to find a price-fixing conspiracy.  To

avoid summary judgment on the price-fixing claim, the plaintiffs must introduce not only

evidence that defendants' pricing behavior was consciously parallel (which the defendants admit

for purposes of this motion for summary judgment) but also evidence that tends to exclude the

possibility that the defendants' actions were merely interdependent.  The plaintiffs' proposed

evidence, including the plaintiffs' proposed expert testimony (which for purposes of this Motion

only the defendants will assume is admissible), is insufficient for a reasonable fact-finder to

conclude that the defendants entered into a price-fixing agreement in violation of the Sherman

Act.  In support of their Motion, the defendants submit a Memorandum and a Statement of

Undisputed Facts with attached exhibits.

The defendants,
DRAKE PETROLEUM CO., INC. and
KENYON OIL COMPANY,
By their attorneys,

/s/ William J. Fidurko
Brian A. O'Connell (BBO# 551182)
William J. Fidurko (BBO# 567064)
ZIZIK, POWERS, O'CONNELL,
SPAULDING & LAMONTAGNE, P.C.
690 Canton Street, Suite 306
Westwood, MA 02090
(781) 320-5402

The defendants,
R.M. Packer, Co., Inc.
By its attorneys,

/s/ Richard W. Paterniti
Patrick T. Jones (BBO# 253960)
Peter J. Schneider (BBO# 446520)
Richard W. Paterniti (BBO# 645170
COOLEY MANION JONES, LLP
21 Custom House Street
Boston, MA 02110
(617) 737-3100

The defendants,
FRANCIS J. PACIELLO d/b/a
EDGARTOWN MOBIL AND DEPOT
CORNER, INC.,
By their attorneys,

/s/ Kevin C. Cain
Kevin C. Cain (BBO# 550055)
PEABODY & ARNOLD LLP
600 Atlantic Avenue
Boston, MA 02210
(617) 951-2100

Dated:  May 15, 2009

## CERTIFICATE OF SERVICE

I, William J. Fidurko, counsel for the defendants DRAKE PETROLEUM CO., INC. and KENYON OIL COMPANY, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 15th day of May, 2009.

/s/ William J. Fidurko
William J. Fidurko (BBO# 567064)